UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAVON MIGUEL,<br><br>        Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>        Respondents. | Case No. 2:18-cv-02111-RFB-PAL<br><br>ORDER |

Respondents' motion for extension of time (ECF No. 6) is GRANTED. Respondents will have until January 18, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 4th day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1