# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAVON MIGUEL, | Case No. 2:18-cv-02111-RFB-PAL |
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Petitioner has filed a motion to continue this action for three months so that he may obtain counsel (ECF No. 27). The Court construes petitioner's motion as seeking an extension of time to oppose the pending motion to dismiss. So construed, the motion is GRANTED IN PART. The time for petitioner to file any opposition to the motion to dismiss is hereby extended to July 15, 2019. After that time, if petitioner has still not opposed the motion to dismiss, the matter will stand submitted.

IT IS SO ORDERED.

DATED this <u>4th</u> day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE